UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Kamal Khan, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-1696 |
| Templar SOG, LLC, et al., | § § | |
| Defendants. | § § | |

## Management Order

1. The defendants may depose Kamal Khan.

2. After Khan is deposed, he may depose Angel Leon and Jeffrey Solano, if necessary.

3. By April 17, 2020, the parties must jointly report the status of this case and the next steps to advance this litigation.

Signed on March __3__, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge